In re:                                                       Case No. 25-52227

AKMED ELSHABAZZ, *pro se*,                    Chapter 7

           Debtor.                                        Judge Thomas J. Tucker
_____/

### ORDER DENYING THE MOTION FOR RELIEF FROM STAY FILED BY CREDITOR BURTANNA INVESTMENT CORPORATION, AS NO LONGER NECESSARY, AND CANCELLING THE MARCH 25, 2026 HEARING

This case is scheduled for a hearing, to be held on March 25, 2026, on the motion filed by the creditor Burtanna Investment Corporation, entitled "Motion for Relief From The Automatic Stay And Entry of Order Waiving the Provision of FRBP (4001)(a)(3)" (Docket # 26, the "Motion").

The Court will deny the Motion, because it is no longer necessary. The Motion is no longer necessary because now that the Debtor's discharge has been entered (on March 19, 2026, *see* Docket # 46), the only thing keeping this bankruptcy case open is the pendency of the Motion itself. Promptly after the Motion is denied by this Order, this case will be closed, and the closing of this case will terminate the automatic stay under 11 U.S.C. § 362(a), entirely. *See* 11 U.S.C. § 362(c). What will remain is the discharge injunction under 11 U.S.C. § 524(a).

Accordingly,

 IT IS ORDERED that the Motion is denied, without prejudice, as no longer necessary.

IT IS FURTHER ORDERED that the hearing on the Motion, scheduled for March 25, 2026 at 9:00 a.m., is cancelled.

**Signed on March 23, 2026**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**